U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 1 2026
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA NMELICHUKWU AKPOM (01)

No.

4-26CR-316-Y

INDICTMENT

The Grand Jury Charges:

Introduction

1. Defendant **Joshua Nmelichukwu Akpom** was born in Nigeria and is a citizen of that country. He is a lawful permanent resident of the United States but is not a United States citizen.

2. On or about September 26, 2017, **Akpom** registered to vote in Texas, falsely certifying and attesting that he was a U.S. citizen.

3. Based on the information **Akpom** provided in his application, including his false statement that he was a United States citizen, **Akpom's** application to register to vote was accepted, and he was successfully registered to vote in the State of Texas.

4. On or about October 26, 2018, **Akpom** cast a ballot in person for the November 2018 General Election in Tarrant County. The election in which **Akpom** voted included an election for Member of the United States Senate and Member of the United States House of Representatives.

5. On or about May 28, 2026, **Akpom** submitted an Application for Naturalization ("N-400") to the United States Citizenship and Immigration Services.

6. In the N-400 application that **Akpom** submitted in May 2026, he checked the "No" box in response to the question "[h]ave you **EVER** claimed to be a U.S. citizen (in writing or any other way)?"

7. In the same N-400 application that **Akpom** submitted in May 2026, he checked the "No" box in response to the question "[h]ave you **EVER** registered to vote or voted in any Federal, state, or local election in the United States? If you lawfully voted only in a local election where aliens are eligible to vote, you may answer 'No.'"

8. **Akpom** signed and dated the N-400 application on May 28, 2026, certifying under penalty of perjury that he provided all the responses and information in his application, that he understood all the responses and information contained in the application, and that "all of the responses and information are complete, true, and correct."

9. Paragraphs 1 through 8 are incorporated into Count One this Indictment.

***[Remainder of page intentionally left blank]***

## Count One

False Statements in Relation to Naturalization
[Violation of 18 U.S.C. § 1015(a)]

On or about May 28, 2026, within the Fort Worth Division of the Northern District of Texas, the defendant, **Joshua Nmelichukwu Akpom**, did knowingly make a false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens, in that **Akpom** submitted to the United States Citizenship and Immigration Services an Application for Naturalization Form N-400, and certified under penalty of perjury that all responses in the Form N-400 were correct when, in fact, **Akpom** knowingly falsely denied that he had ever claimed to be a United States citizen, ever registered to vote in any Federal, state, or local election in the United States, and ever voted in any Federal, state, or local election in the United States.

In violation of 18 U.S.C. § 1015(a).

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

Matthew Capoccia
Assistant United States Attorney
Texas State Bar No. 24121526
801 Cherry Street, Unit #4
Fort Worth, TX 76102
Tel: (817) 252-5200
Fax: (817) 252-5455
Email: matthew.capoccia@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

JOSHUA NMELICHUKWU AKPOM (01)

---

INDICTMENT

18 U.S.C. § 1015(a)
False Statements in Relation to Naturalization
Count 1

---

A true bill rendered

FORT WORTH FOREPERSON

Filed in open court this 10th day of September 2026.

---

**Warrant to Issue**

---

UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter